IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROXANA ORELLANA SANTOS | * |
| Plaintiff | * |
| v. | * Case No: BEL-09-CV-2978 |
| FREDERICK COUNTY BOARD OF COMMISSIONERS, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO BIFURCATE

Frederick County Board of Commissioners, and Frederick County Sheriff Charles Jenkins, two of the Defendants, by KARPINSKI, COLARESI & KARP and DANIEL KARP, and IMMIGRATION REFORM LAW INSTITUTE and MICHAEL M. HETHMON, their attorneys, file this renewed motion to dismiss or, in the alternative to bifurcate in response to the First Amended Complaint (Paper 12). Defendants adopt and incorporate by reference their motions to dismiss (Papers 7 and 8) filed in response to the original Complaint.

KARPINSKI, COLARESI & KARP

BY: _____
DANIEL KARP, #00877
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Attorney for Defendants

_/s/ Michael M. Hethmon_
MICHAEL M. HETHMON, # 15719
Immigration Reform Law Institute
25 Massachusetts Ave. N.W.
Suite 335
Washington, DC 20001
(202) 232-5590

Attorneys for Frederick County Board of Commissioners and Sheriff Charles Jenkins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___3rd___ day of February, 2010, a copy of the foregoing Renewed Motion to Dismiss or, in the alternative, to Bifurcate, was electronically filed, with notice to:

John C. Hayes, Esquire
David West, Esquire
Cynthia Crawford, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W.
Suite 909
Washington, D.C. 20004

Kimberly Jandrain, Esquire
Coburn & Coffman
1244 19th, NW
Washington, D.C. 20036

Sebastian G. Amar, Esquire
CASA de Maryland
734 University Boulevard E
Silver Spring, Maryland 20903

Jose L. Perez, Esquire
Diana S. Sen, Esquire
LatinoJustice PRLDEF
99 Hudson Street
14th Floor
New York, New York 10013

_____
Of Counsel for Defendant Frederick County Board of Commissioners and Sheriff Charles Jenkins

3