UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROXANA ORELLANA SANTOS

Plaintiff,

v.

FREDERICK COUNTY BOARD OF COMMISSIONERS, et al.

Defendants.

Civil Action No. 09-CV-2978-BEL

## PROPOSED ORDER

This matter is before the Court on a Joint Motion for an Extension of Time and to Establish a Proposed Briefing Schedule Relating to Defendants' Motions to Dismiss. Upon consideration of the Motion and the entire record herein, the Motion is hereby GRANTED and it is further ORDERED that

(a) Deputies Openshaw and Lynch shall file a motion to dismiss by no later than March 1, 2010.

(b) Ms. Santos shall file an opposition to the motions to dismiss of the Frederick County Board of Commissions, Sheriff Jenkins, and Deputies Openshaw and Lynch by no later than March 15, 2010.

(c) The Frederick County Board of Commissions, Sheriff Jenkins, and Deputies Openshaw and Lynch shall file a reply brief by no later than March 29, 2010.

SO ORDERED this __3rd__ day of __February__, 2010.

_Benson Everett Legg_
Judge, United States District Court for the District of Maryland