## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2010, a copy of the foregoing Reply Memorandum was electronically filed, with notice to:

John C. Hayes, Esquire
David West, Esquire
Cynthia Crawford, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 909
Washington, D.C. 20004

Kimberly Jandrain, Esquire
Coburn & Coffman
1244 19th, NW
Washington, D.C. 20036

Sebastian G. Amar, Esquire
CASA de Maryland
734 University Boulevard E
Silver Spring, Maryland 20903

Jose L. Perez, Esquire
Diana S. Sen, Esquire
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, New York 10013

Rod J. Rosenstein, Esquire
Ariana Wright Arnold, Esquire
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201


___/s/  DANIEL KARP____

*Daniel Karp*

*Attorney for Defendants*