IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROXANNA SANTOS** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. L-09-2978 |
| | * | |
| **FREDERICK COUNTY BOARD** | * | |
| **OF COMMISSIONERS, et al.,** | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Now pending is the Motion for Summary Judgment filed by Frederick County Sheriff's Deputies Jeffrey Openshaw and Kevin Lynch. Docket No. 84. For the reasons set forth in the accompanying Memorandum of even date, the Motion is hereby GRANTED. Those counts of Santos's Second Amended Complaint not addressed in the Deputies' Motion for Summary Judgment (Counts V through VII) are hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to CLOSE the case.

SO ORDERED this 7th day of February, 2012

/s/
_____
Benson Everett Legg
United States District Judge