

**NIXON PEABODY LLP**
*ATTORNEYS AT LAW*

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Brian J. Whittaker**
*Senior Associate*
T 202-585-8234
bwhittaker@nixonpeabody.com

799 9th Street NW
Suite 500
Washington, DC  20001-4501
202-585-8000

February 21, 2020

**VIA ELECTRONIC FILING**

The Honorable Catherine C. Blake
United States District Judge
*United States District Court for the District of Maryland*
101 W. Lombard Street
Chambers 7D
Baltimore, Maryland 21201

    Re:   *Roxana Orellana Santos v. Frederick County Board of Commissioners, et al.*,
             Civil Action No. 09-CV-2978

Dear Judge Blake:

      Plaintiff submits this letter, with the express consent of Defendants' counsel, in response to your paperless order (ECF No. 225) requesting a status report regarding this matter.

      As the parties reported to the Court on December 13, 2019 (ECF No. 223), the parties agreed to settle this case.  Since then, the parties have been drafting and revising the settlement agreement, while communicating regularly regarding terms of settlement.  The settlement agreement is nearly final, as the parties are in agreement with respect to essential terms of the settlement agreement.  The parties expect that the settlement agreement will completely resolve all remaining claims and issues in this case.

      Counsel for Ms. Orellana Santos intends to translate the current version of the settlement agreement and meet with Ms. Orellana Santos within the next two weeks, and the parties expect that the settlement agreement will be finalized and signed within 30 days of the filing of this status report.  After other conditions in the settlement agreement are satisfied, including payment of agreed upon amounts to Ms. Orellana Santos and her counsel, Ms. Orellana Santos will, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file a stipulation to dismiss this case with prejudice.

The Honorable Catherine C. Blake
February 21, 2020
Page 2

                                                Respectfully submitted,

                                                */s/ Brian J. Whittaker*
                                                John C. Hayes, Jr. (Bar No. 01936)
                                                Brian J. Whittaker (Bar No. 04414)
                                                Nixon Peabody LLP
                                                799 Ninth Street, NW, Suite 500
                                                Washington, DC 20004
                                                (202) 585-8000
                                                (866) 544-5430 facsimile
                                                jhayes@nixonpeabody.com
                                                bwhittaker@nixonpeabody.com

                                                Jose L. Perez (admitted pro hac vice)
                                                LatinoJustice PRLDEF
                                                475 Riverside Drive, Suite 1901
                                                New York, NY 10115
                                                (212) 219-3360 (phone)
                                                (212) 231-4276 (facsimile)
                                                jperez@latinojustice.org

                                                *Counsel for Roxana Orellana Santos*

Cc: Counsel of Record