**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROXANA ORELLANA SANTOS, *

Plaintiff *

v. * Case No: CCB-09-CV-2978

FREDERICK COUNTY BOARD *
OF COMMISSIONERS, et al.,
*
Defendants
*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to dismiss this action and all claims therein against all Defendants with prejudice.

Date: June 3, 2020

Respectfully submitted,

KARPINSKI, COLARESI & KARP

/s/
JOHN C. HAYES, #01936
BRIAN J. WHITTAKER, #04414
Nixon Peabody, LLP
799 Ninth Street, N.W.
Suite 500
Washington, D.C. 20001
202-585-8000
jhayes@nixonpeabody.com
bwhittaker@nixonpeabody.com

/s/
JOSE LUIS PEREZ (*pro hac vice*)
LatinoJustice PRLDEF
475 Riverside Drive Suite 1901
New York, NY 10115
212-219-3360
jperez@latinojustice.org
*Attorneys for Plaintiff*

/s/
DANIEL KARP, #00877

/s/
SANDRA D. LEE, #27902
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
410-727-5000
brunokarp@bkcklaw.com
slee@bkcklaw.com

/s/
MICHAEL M. HETHMON, # 15719
Immigration Reform Law Institute
25 Massachusetts Ave. N.W., Suite 335
Washington, DC 20001
202-232-5590
mhethmon@irli.org
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June 2020, a copy of the foregoing was electronically filed, with notice to:

John C. Hayes, Esquire
Brian Whittaker, Esquire
Nixon Peabody, LLP
799 Ninth Street, N.W.
Suite 500
Washington, D.C. 20001

Jose Luis Perez, Esquire
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013

Daniel Karp, Esquire
Sandra D. Lee, Esquire
Karpinski, Colaresi & Karp, P.A.
120 E. Baltimore Street, Suite 1850
Baltimore, Maryland 21202

Michael M. Hethmon, Esquire
Immigration Reform Law Institute
25 Massachusetts Ave. N.W.
Suite 335
Washington, DC 20001

/s/
Brian J. Whittaker